IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01041-ZLW

LESTER WILLIAM NORTONSEN

       Plaintiff(s)

v.

LARIMER COUNTY DISTRICT COURT, State of Colorado,
MESA COUNTY DISTRICT COURT, State of Colorado,
MARICOPA COUNTY SUPERIOR COURT, State of Arizona,
EL PASO COUNTY DISTRICT COURT, State of Texas,
COURT CLERKS OF EL PASO COUNTY DISTRICT COURT, State of Texas,
COURT CLERKS OF MARICOPA COUNTY SUPERIOR COURT, State of Arizona,
COURT CLERKS OF MESA COUNTY DISTRICT COURT, State of Colorado, and
COURT CLERKS OF LARIMER COUNTY DISTRICT COURT, State of Colorado,

       Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

       Plaintiff submitted a Motion for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 on September 7, 2005. The court has determined that the document is deficient as described in this order. plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
       ___ is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       ___ is not submitted
       ___ is missing affidavit
       _X_ is missing **certified copy** of prisoner's trust fund statement for the 6-month period immediately preceding this filing
       ___ is missing required financial information
       ___ is missing an original signature by the prisoner

1

___ is not on proper form (must use the court's current form)
___ other _____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __5__ day of _____October_____, 2005.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court